## THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| PAMELLA LAWRENCE,<br><br>                    Plaintiff,<br><br>v.<br><br>SONY PICTURES ENTERTAINMENT;<br>AMY PASCAL; MICHAEL LYNTON;<br>KAZUO HIRAI; CLINT CULPEPPER;<br>LEONARD VENGER; CHRIS ROCK; AMY<br>BAER; GARETH WIGAN; DEAN CRAIG;<br>CHRIS ROCK ENTERPRISES; JENNIFER<br>L. BROCKETT; MARY HASS; JAMES D.<br>NUYGEN; SONY PICTURES<br>ENTERTAINMENT COMPANY; and DOES<br>1-5000 inclusive,<br><br>                    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:20-cv-00566-DBB-DAO<br><br>District Judge David Barlow<br><br>Magistrate Judge Daphne A. Oberg |

IT IS HEREBY ORDERED AND ADJUDGED:

For the reasons stated in the Magistrate Judge's Report and Recommendation[1] adopted

by the court on June 15, 2021[2], Plaintiff's case is DISMISSED WITHOUT PREJUDICE. The

Clerk of the Court is directed to close this case.

Signed June 15, 2021.

BY THE COURT

_____

David Barlow
United States District Judge

---

[1] Report and Recommendation, ECF No. 10, filed June 1, 2021.

[2] ECF No. 12.